**Milford WASHINGTON, Petitioner—Appellant,**

**v.**

**Harold W. CLARKE, Director of the Virginia Department of Corrections, Respondent—Appellee.**

**No. 11–6209.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Milford Washington, Appellant Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milford Washington seeks to appeal the magistrate judge's report and recommendation to dismiss his 28 U.S.C. § 2254 (2006) petition. This court may exercise jurisdiction only over final orders, *see* 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, *see* 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because the magistrate judge's report and recommendation is neither a final order nor an appealable interlocutory or collateral order, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*